In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00105-CV**
_____

**IN RE NATHANIEL JONES III**

**Original Proceeding**

**MEMORANDUM OPINION**

Nathaniel Jones III filed a petition for writ of mandamus to compel the judge of the 172nd District Court to act on a mandamus petition.[1] Jones states that he filed the mandamus petition with the trial court on January 30, 2015, and that he filed a request for a final order on February 12, 2015, but he provides no other information about his trial court filings.[2] Jones has not shown that he is entitled to

---

[1] *See generally* Tex. Gov't Code Ann. § 24.011 (West 2004) (a district judge may grant a writ of mandamus necessary to the enforcement of the court's jurisdiction).

[2] No mandamus record or appendix has been filed with the Court of Appeals. *See generally* Tex. R. App. P. 52.3(k), 52.7. In addition to failing to

1

mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See*

Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on April 1, 2015
Opinion Delivered April 2, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.

_____
provide any usable information about his trial court filings, Jones filed a declaration of inability to pay costs with the Court of Appeals without filing an inmate trust account statement or an affidavit related to previous filings. *See* Tex. Civ. Prac. & Rem. Code Ann. § 14.004 (West Supp. 2014), §14.006(f) (West 2002). Also, the mandamus petition lacks proof of service. *See* Tex. R. App. P. 9.5.